UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.   CV 25-1003-KS                                       Date: July 15, 2025

Title   *Elliot McGucken v. Bella and Home Decor et al.*

Present: The Honorable:   Karen L. Stevenson, Chief United States Magistrate Judge

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| N/A | N/A |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: FAILURE TO APPEAR FOR SCHEDULING CONFERENCE**

   On May 30, 2025, the Court set a Scheduling Conference (in-person) to discuss the pretrial and trial deadlines regarding the case. (Dkt. No. 12.)

   On July 15 2025, Plaintiff's counsel failed to appear for the Scheduling Conference. The Defendant has not entered an appearance or filed an Answer to the Complaint; however, the Court still requires parties to appear for all scheduled hearings. Accordingly, **Plaintiff's** counsel is **ORDERED TO SHOW CAUSE on or before July 25, 2025** as to why the Court should not dismiss this complaint for failure to prosecute.

   Plaintiff's counsel may discharge the OSC by providing a sworn declaration of no more than 2 (two) pages stating Plaintiff's intent to prosecute this matter and confirming that the requirements of Federal Rule of Civil Procedure 4m have been satisfied.

**IT IS SO ORDERED**.

|  | : |
|---|---|
| **Initials of Preparer** | gr |